1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  ERIC V. KERSTEN, Bar #226429
   Assistant Federal Defender
3  2300 Tulare Street, Suite 330
   Fresno, California  93721-2226
4  Telephone: (559) 487-5561

5  Attorney for Defendant
   RAUL DUARTE ORTEGA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:11-cr-00271 LJO |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE AND |
| v. | ORDER THEREON |
| RAUL DUARTE ORTEGA, | Date: December 19, 2011 |
| | Time: 1:00 p.m. |
| Defendant. | Judge: Hon. Lawrence J. O'Neill |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, JEREMY R. JEHANGIRI, Assistant United States Attorney, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for Defendant Raul Duarte Ortega, that the date for status conference may be continued to December 19, 2011, or the soonest date thereafter that is convenient to the court. **This matter is currently set for status conference on December 5, 2011.  The requested new date is December 19, 2011 at 1:00 p.m.**

Defense investigation of this matter is being completed and efforts to reach a negotiated settlement are ongoing.  A short continuance is requested to allow these activities to be finalized in order to clarify the status of the case.  If this continuance is granted, it is anticipated that the parties will either request a trial date or enter a plea agreement on December 19, 2011.

///

1  The parties agree that the delay resulting from the continuance shall be excluded as necessary for
2  effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv). For this reason, the
3  ends of justice served by the granting of the requested continuance outweigh the interests of the public and
4  the defendant in a speedy trial.

BENJAMIN B. WAGNER
United States Attorney

DATED: December 1, 2011   By /s/ Jeremy R. Jehangiri
JEREMY R. JEHANGIRI
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: December 1, 2011   By /s/ Eric V. Kersten
ERIC V. KERSTEN
Assistant Federal Defender
Attorney for Defendant
Raul Duarte Ortega

## O R D E R

**Good Cause is stated.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

**Dated:  December 1, 2011**          /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE